Margaret A. McLetchie, Nevada Bar No. 10931
Leo S. Wolpert, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com

Jennifer L. Braster, Nevada Bar No. 9982
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@nblawnv.com
*Counsel for Plaintiffs, Genoa Jones and Cornell Tinsley*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GENOA JONES and CORNELL TINSLEY, individuals,<br>      Plaintiffs,<br>vs.<br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; SERGEANT SCOTT SALKOFF, an individual; and OFFICER MICHAEL ROSE, an individual,<br>      Defendants. | Case. No.: 2:21-cv-00241-GMN-DJA<br><br>**PLAINTIFFS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

Plaintiffs Genoa Jones and Cornell Tinsley, by and through their attorneys of record, Margaret A. McLetchie and Leo S. Wolpert, of the law firm McLetchie Law, hereby requests that Alina M. Shell be removed from the list of counsel to be notified. Ms. Shell is no longer with the law firm McLetchie Law.

DATED this 22nd day of September, 2021.

                                              */s/ Margaret A. McLetchie*
                                              MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**IT IS SO ORDERED.**      LEO S. WOLPERT, Nevada Bar No. 12658
                                              **MCLETCHIE LAW**
                                              *Counsel for Plaintiffs Genoa Jones and Cornell Tinsley*

_____
United States Magistrate Judge

DATED: September 22, 2021

1