Margaret A. McLetchie, Nevada Bar No. 10931
Leo S. Wolpert, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com

Jennifer L. Braster, Nevada Bar No. 9982
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@nblawnv.com
*Counsel for Plaintiffs, Genoa Jones and Cornell Tinsley*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GENOA JONES and CORNELL TINSLEY, individuals,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; SERGEANT SCOTT SALKOFF, an individual; and OFFICER MICHAEL ROSE, an individual,<br><br>Defendants. | Case. No.: 2:21-cv-00241-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[SEVENTH REQUEST]** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, GENOA JONES and CORNELL TINSLEY ("Plaintiffs"), and Defendants CITY OF NORTH LAS VEGAS, SERGEANT SCOTT SALKOFF and OFFICER MICHAEL ROSE ("Defendants") (collectively hereinafter the "Parties"), by and through their counsel of record, that the discovery cut-off date of **September 5, 2022** (and related deadlines) be extended for a period of ninety (90) days for the purpose of allowing the parties to complete

1

remaining discovery, including the deposition of expert Ken Katsaris and the City of North Las Vegas's Fed. R. Civ. P. 30(b)(6) designee(s).

## I.   DISCOVERY COMPLETED TO DATE

1. Defendants CITY OF NORTH LAS VEGAS, SERGEANT SCOTT SALKOFF, and OFFICER MICHAEL ROSE provided their Initial Disclosure of Witnesses and Documents Pursuant to Rule 26(a)(1) on June 2, 2021.

2. Defendants CITY OF NORTH LAS VEGAS, SERGEANT SCOTT SALKOFF, and OFFICER MICHAEL ROSE provided their Privilege Log to Defendants' Initial Disclosure of Witnesses and Documents Pursuant to Rule 26(a)(1) on June 2, 2021.

3. Plaintiffs GENOA JONES and CORNELL TINSLEY provided their Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 on June 9, 2021.

4. Plaintiffs GENOA JONES and CORNELL TINSLEY propounded their First Set of Requests for Production of Documents to Defendant CITY OF NORTH LAS VEGAS on July 29, 2021.

5. Defendants propounded their First Set of Requests for Production of Documents to Plaintiffs GENOA JONES and CORNELL TINSLEY on August 5, 2021.

6. Defendants propounded their First Set of Requests for Admission to Plaintiff GENOA JONES on August 5, 2021.

7. Defendants propounded their First Set of Requests for Admission to Plaintiff CORNELL TINSLEY on August 5, 2021.

8. Defendants propounded their First Set of Interrogatories to Plaintiff GENOA JONES on August 5, 2021.

9. Defendants propounded their First Set of Interrogatories to Plaintiff CORNELL TINSLEY on August 5, 2021.

10. Defendants CITY OF NORTH LAS VEGAS, SERGEANT SCOTT SALKOFF, and OFFICER MICHAEL ROSE provided their First Supplemental Initial Disclosure of Witnesses and Documents Pursuant to Rule 26(a)(1) on August 31, 2021.

11. Defendants CITY OF NORTH LAS VEGAS, SERGEANT SCOTT SALKOFF, and OFFICER MICHAEL ROSE provided their Privilege Log to Defendants' First Supplemental Initial Disclosure of Witnesses and Documents Pursuant to Rule 26(a)(1) on August 31, 2021.

12. Defendant CITY OF NORTH LAS VEGAS provided its Responses to First Set of Requests for Production of Documents on August 31, 2021.

13. Plaintiff GENOA JONES propounded her First Set of Interrogatories to Defendant CITY OF NORTH LAS VEGAS on September 13, 2021.

14. Plaintiff GENOA JONES propounded her First Set of Interrogatories to Defendant SERGEANT SCOTT SALKOFF on September 13, 2021.

15. Plaintiff GENOA JONES propounded her First Set of Interrogatories to Defendant OFFICER MICHAEL ROSE on September 13, 2021.

16. Plaintiffs GENOA JONES and CORNELL TINSLEY provided their Responses to Defendants' First Set of Requests for Production of Documents on September 16, 2021.

17. Plaintiff GENOA JONES provided her Responses to Defendants' First Set of Requests Admission on September 16, 2021.

18. Plaintiff CORNELL TINSLEY provided his Responses to Defendants' First Set of Requests Admission on September 16, 2021.

19. Plaintiff GENOA JONES provided her Responses to Defendants' First Set of Interrogatories on September 16, 2021.

20. Plaintiff CORNELL TINSLEY provided his Responses to Defendants' First Set of Interrogatories on September 16, 2021.

21. Plaintiffs GENOA JONES and CORNELL TINSLEY provided their First Supplement to Initial Disclosures and Production of Documents Pursuant to Fed. R. Civ. P. 26 on September 16, 2021.

22. Plaintiff GENOA JONES provided her First Supplement to Responses to Defendants' First Set of Interrogatories on September 20, 2021.

23. Defendants CITY OF NORTH LAS VEGAS, SERGEANT SCOTT SALKOFF and OFFICER MICHAEL ROSE provided their responses to Plaintiff GENOA JONES' First Set of Interrogatories.

24. Defendants CITY OF NORTH LAS VEGAS, SERGEANT SCOTT SALKOFF, and OFFICER MICHAEL ROSE provided their Second Supplemental Initial Disclosure of Witnesses and Documents Pursuant to Rule 26(a)(1) on October 18, 2021.

25. Defendants CITY OF NORTH LAS VEGAS, SERGEANT SCOTT SALKOFF, and OFFICER MICHAEL ROSE provided their Third Supplemental Initial Disclosure of Witnesses and Documents Pursuant to Rule 26(a)(1) on November 30, 2021,

26. Defendant CITY OF NORTH LAS VEGAS provided its First Supplemental Response to First Requests for Production of Documents on November 30, 2021.

27. Plaintiff GENOA JONES provided her Initial Expert Witness Disclosures Pursuant to Fed. R. Civ. P. 26 (a)(2)(B) on January 24, 2022.

28. Plaintiff GENOA JONES provided her Second Set of Requests for Production of Documents to defendants CITY OF NORTH LAS VEGAS on February 17, 2022.

29. Defendant CITY OF NORTH LAS VEGAS provided its Designation of Rebuttal Expert Witness on February 22, 2022.

30. Plaintiff GENOA JONES provided her Second Supplemental Disclosure on March 4, 2022.

31. Plaintiff's counsel took Defendant OFFICER MICHAEL ROSE's deposition on March 3, 2022.

32. Defendants CITY OF NORTH LAS VEGAS, SERGEANT SCOTT SALKOFF, and OFFICER MICHAEL ROSE provided their Fourth Supplemental Initial Disclosure of Witnesses and Documents Pursuant to Rule 26(a)(1) on March 10, 2022.

33. Defendants CITY OF NORTH LAS VEGAS, SERGEANT SCOTT SALKOFF, and OFFICER MICHAEL ROSE provided their Fifth Supplemental

Disclosure of Witnesses and Documents Pursuant to Rule 26(a)(1) on March 21, 2022.

26. Defendant CITY OF NORTH LAS VEGAS provided its Response to Second Requests for Production of Documents on March 21, 2022.

27. Plaintiff provided its First Supplemental Expert Witness Disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(B) on April 5, 2022.

28. Defendants CITY OF NORTH LAS VEGAS, SERGEANT SCOTT SALKOFF, and OFFICER MICHAEL ROSE

29. Defendants took the deposition of Plaintiff's expert, James Crosby, on April 5, 2022.

## II. DISCOVERY YET TO BE COMPLETED

The parties agree that the following discovery must be completed:

1. The deposition of Defendants' Fed. R. Civ. P. 30(b)(6) designee(s).

3. The deposition of Defendants' expert witness, Ken Katsaris; and

4. Finalizing work on written discovery, including meeting and conferring and motion work, if necessary.

## III. REASONS WHY REMAINING DISCOVERY HAS NOT YET BEEN COMPLETED

LR 26-3 governs modifications of extensions of the Discovery Plan and Scheduling Order. The current discovery cut-off deadline is **September 5, 2022**. Any stipulation or motion made less than twenty-one (21) days before the expiration of the subject deadline must be supported by good cause. Here there is good cause to extend the discovery deadline, notwithstanding the fact that the current date is more than twenty-one (21) days before the expiration of the subject deadline.

The Parties had scheduled the deposition of Defendants' expert, Mr. Katsaris for Monday, June 13, 2022. However, Mr. Katsaris contracted COVID-19, and his deposition was canceled. This caused delay in his ability to review the provided documents in preparation for the deposition. The Parties are actively working to reschedule that deposition.

The parties are also continuing to meet and confer regarding the Fed. R. Civ. P. 30(b)(6) deposition of Defendant North Las Vegas's designee(s).

The Parties respectfully request the Court grant modification of the discovery plan and scheduling order by extending the current deadlines by ninety (90) days to accommodate the caseload and responsibilities of the parties with their other cases.

The parties have been diligent in conducting discovery in this matter, and only have depositions left to be completed. Additionally, the Parties are continuing to address and resolve outstanding discovery disputes. As such, additional time is needed due to these issues.

This request for an extension is made in good faith and joined by all the parties in this case.

Trial is not yet set in this matter and dispositive motions have not yet been filed. Accordingly, this extension will not delay this case. Moreover, since this request is a joint request, neither party will be prejudiced. The extension will allow the parties necessary time to complete discovery.

## IV.  PROPOSED EXTENDED DEADLINES

The parties respectfully request this Court enter and order as follows:

**A. Discovery Deadline.**

The discovery cut-off date shall be rescheduled from **September 5, 2022**, to **December 5, 2022**[1].

**B. Dispositive Motions.**

The deadline to file dispositive motions shall be rescheduled from **October 5, 2022** to **January 3, 2023**.

**C. Joint Pre-Trial Order.**

The deadline to file the Joint Pretrial Order shall be rescheduled from **November 4, 2022**, to **February 2, 2023**, unless dispositive motions are filed, in which case the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the decision

---

[1] Ninety (90) days from September 5, 2022, is December 4, 2022, a Sunday.

on the dispositive motions or further order of this Court.

       IT IS SO STIPULATED.

DATED this 19th day of July, 2022.　　　　　　DATED this 19th day of July, 2022.

**MCLETCHIE LAW**　　　　　　　　　　　　**NORTH LAS VEGAS CITY ATTORNEY'S OFFICE**

*/s/ Margaret McLetchie*　　　　　　　　　　*/s/ Noel Eidsmore*
Margaret A. McLetchie, NBN 10931　　　　Micaela Rustia Moore, NBN 9676
Leo S. Wolpert, NBN 12658　　　　　　　　Noel E. Eidsmore, NBN 7688
602 South Tenth Street　　　　　　　　　　Rhiann Jarvis Denman, NBN 13509
Las Vegas, NV 89101　　　　　　　　　　　2250 Las Vegas Blvd. North, Suite 810
Telephone: (702) 728-5300　　　　　　　　North Las Vegas, Nevada 89030
Email: maggie@nvlitigation.com　　　　　Telephone: (702) 633-1050
　　　　　　　　　　　　　　　　　　　　　Email: jarvisr@cityofnorthlasvegas.com
Jennifer L. Braster, NBN 9982　　　　　　*Counsel for Defendants,*
**NAYLOR & BRASTER**　　　　　　　　　　*City of North Las Vegas, Sgt. Scott Salkoff,*
1050 Indigo Drive, Suite 200　　　　　　　*and Ofc. Michael Rose*
Las Vegas, NV 89145
Telephone: (702) 420-7000
Email: jbraster@nblawnv.com
*Counsel for Plaintiffs,*
*Genoa Jones and Cornell Tinsley*

       **ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT COURT MAGISTRATE JUDGE

DATED: July 21, 2022

7