Margaret A. McLetchie
Nevada Bar No. 10931
Leo S. Wolpert
Nevada Bar No. 12658
MCLETCHIE LAW
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
maggie@nvlitigation.com
leo@nvlitigation.com

Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

*Counsel for Plaintiffs, Genoa Jones and Cornell Tinsley*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GENOA JONES and CORNELL TINSLEY, individuals,<br><br>Plaintiffs<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; SERGEANT SCOTT SALKOFF, an individual; and OFFICER MICHAEL ROSE, an individual,<br><br>Defendants | Case. No.: 2:21-cv-00241-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs Genoa Jones and Cornell Tinsley ("Plaintiffs") and Defendants City of North Las Vegas, Sergeant Scott Salkoff, and Officer Michael Rose ("Defendants"), collectively (the

"Parties"), by and through their respective counsel of record, hereby submit this stipulation and order to extend the time for Plaintiffs to respond to Defendants' Motion for Summary Judgment (ECF No. 35) pursuant to LR 7-1 and LR IA 6-2.

On March 23, 2023, Defendants filed their Motion for Summary Judgment. (ECF No. 35). Plaintiffs's response to Defendants' Motion for Summary Judgement is due on April 13, 2023. (ECF No. 35). Defendants' reply in support of their Motion for Summary Judgment is due on April 27, 2023.

The Parties agree that each shall have reciprocal extensions on the remaining briefing. Specifically, Plaintiffs' response to Defendants' Motion for Summary Judgment (ECF No. 35) shall be due by April 27, 2023, and Defendants' reply in support of their Motion for Summary Judgment (ECF No. 35) shall be due on May 11, 2023. This is the Parties first request for an extension of time to respond to Defendants' Motion for Summary Judgment and is not intended to cause any delay or prejudice to any party. This request is sought due to conflicting deadlines in other matters of Plaintiffs' counsel.

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000

IT IS SO STIPULATED THAT THE PARTIES SHALL HAVE RECIPROCAL EXTENSIONS.

DATED this 6th day of April 2023.

NAYLOR & BRASTER

By: /s/ Jennifer L. Braster
Jennifer L. Braster
Nevada Bar No. 9982
Benjamin B. Gordon
Nevada Bar No. 15552
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145

Margaret A. McLetchie
Nevada Bar No. 10931
Leo S. Wolpert
Nevada Bar No. 12658
MCLETCHIE LAW
602 South Tenth Street
Las Vegas, NV 89101

*Attorneys for Plaintiffs Genoa Jones and Cornell Tinsley*

DATED this 6th day of April 2023.

NORTH LAS VEGAS CITY ATTORNEY OFFICE

By: /s/ Rhiann Jarvis Denman
Micaela Rustia Moore
Nevada Bar No. 9676
Noel E. Eidsmore
Nevada Bar No. 7688
Rhiann Jarvis Denman
Nevada Bar No. 13509
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030

*Attorneys for Defendants City of North Las, Sgt. Scott Salkoff, and Officer Michael Rose*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 6, 2023