Margaret A. McLetchie, Nevada Bar No. 10931
Leo S. Wolpert, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com

Jennifer L. Braster, Nevada Bar No. 9982
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@nblawnv.com
*Counsel for Plaintiffs, Genoa Jones and Cornell Tinsley*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GENOA JONES and CORNELL TINSLEY, individuals,

Plaintiffs

vs.

CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; SERGEANT SCOTT SALKOFF, an individual; and OFFICER MICHAEL ROSE, an individual,

Defendants

**Case. No.:** 2:21-cv-00241-~~GMN~~-DJA (CDS)

**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**(SECOND REQUEST)**

Plaintiffs, GENOA JONES and CORNELL TINSLEY ("Plaintiffs"), and Defendants CITY OF NORTH LAS VEGAS, SERGEANT SCOTT SALKOFF and OFFICER MICHAEL ROSE ("Defendants") (collectively hereinafter the "Parties"), by and through their counsel of record, hereby submit this stipulation and order to extend time for Plaintiffs to respond to Defendants' Motion for Summary Judgment (ECF No. 35) pursuant to LR 7-1 and LR IA 6-2.

Counsel are reminded that this case is assigned to Judge Cristina D. Silva. All documents must bear the correct case number: 2:20-cv-00241-CDS-DJA. ECF No. 24.

On March 23, 2023, Defendants filed their Motion for Summary Judgment (ECF No. 35.) The Parties submitted a Stipulation and Order to Extend Time to File Response to Defendants' Motion for Summary Judgment (First Request) on April 6, 2023, that provided reciprocal extensions on remaining briefing (ECF No. 36.) The Court granted an extension for Plaintiffs to file their response to Defendants' Motion for Summary Judgment on April 27, 2023. (ECF No. 37.) Additionally, Defendants' Reply in Support of Motion for Summary Judgment was extended to May 11, 2023.

The Parties hereby agree that each shall have reciprocal extensions on the remaining briefing. Specifically, Plaintiffs' response to Defendants' Motion for Summary Judgment shall be due May 11, 2023, and Defendants' Reply in Support of Motion for Summary Judgment shall be due June 15, 2023.

This is the Parties' second request for an extension of time to respond to Defendants' Motion for Summary Judgment and is not intended to cause any delay or prejudice to any party. This request is sought due to conflicting deadlines in other matters for both Parties' counsel.

///
///
///
///
///
///
///
///
///
///
///
///
///

IT IS SO STIPULATED THAT THE PARTIES SHALL HAVE RECIPROCAL EXTENSIONS.

DATED this 26th day of April, 2023.          DATED this 26th day of April, 2023.

**MCLETCHIE LAW**                            **NORTH LAS VEGAS CITY**
                                             **ATTORNEY'S OFFICE**

*/s/ Margaret A. McLetchie*                   */s/ Rhiann Jarvis Denman*
Margaret A. McLetchie, NBN 10931             Micaela Rustia Moore, NBN 9676
Leo S. Wolpert, NBN 12658                    Noel E. Eidsmore, NBN 7688
602 South Tenth Street                       Rhiann Jarvis Denman, NBN 13509
Las Vegas, NV 89101                          2250 Las Vegas Blvd. North, Suite 810
Telephone: (702) 728-5300                    North Las Vegas, Nevada 89030
Email: maggie@nvlitigation.com               Telephone: (702) 633-1050
                                             Email: jarvisr@cityofnorthlasvegas.com
Jennifer L. Braster, NBN 9982                *Counsel for Defendants,*
**NAYLOR & BRASTER**                         *City of North Las Vegas, Sgt. Scott Salkoff,*
1050 Indigo Drive, Suite 200                 *and Ofc. Michael Rose*
Las Vegas, NV 89145
Telephone: (702) 420-7000
Email: jbraster@nblawnv.com
*Counsel for Plaintiffs,*
*Genoa Jones and Cornell Tinsley*

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:    May 1, 2023