Margaret A. McLetchie, Nevada Bar No. 10931
Leo S. Wolpert, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com

Jennifer L. Braster, Nevada Bar No. 9982
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@nblawnv.com
*Counsel for Plaintiffs, Genoa Jones and Cornell Tinsley*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GENOA JONES and CORNELL TINSLEY, individuals, <br><br> Plaintiffs <br><br> vs. <br><br> CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; SERGEANT SCOTT SALKOFF, an individual; and OFFICER MICHAEL ROSE, an individual, <br><br> Defendants | Case. No.: 2:21-cv-00241-CDS-DJA <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> **(THIRD REQUEST)** |

Plaintiffs, GENOA JONES and CORNELL TINSLEY ("Plaintiffs"), and Defendants CITY OF NORTH LAS VEGAS, SERGEANT SCOTT SALKOFF and OFFICER MICHAEL ROSE ("Defendants") (collectively hereinafter the "Parties"), by and through their counsel of record, hereby submit this stipulation and order to extend time for Plaintiffs to respond to Defendants' Motion for Summary Judgment (ECF No. 35) pursuant to LR 7-1 and LR IA 6-2.

1

1  On March 23, 2023, Defendants filed their Motion for Summary Judgment (ECF No. 35). The Parties submitted a Stipulation and Order to Extend Time to File Response to Defendants' Motion for Summary Judgment (First Request) on April 6, 2023, that provided reciprocal extensions on remaining briefing (ECF No. 36). The Court granted an extension for Plaintiffs' to file their response to Defendants' Motion for Summary Judgment on April 27, 2023 (ECF No. 37). Additionally, Defendants' Reply in Support of Motion for Summary Judgment was extended to May 11, 2023. On April 26, 2023, the Parties submitted a Stipulation and Order to Extend Time to File Response to Defendants' Motion for Summary Judgment (Second Request) that provided reciprocal extensions on remaining briefing (ECF No. 38). On May 1, 2023, the Court granted an extension for Plaintiffs' to file their response to Defendants' Motion for Summary Judgment on May 11, 2023 (ECF No. 38). Additionally, Defendants' Reply in Support of Motion for Summary Judgment was extended to June 15, 2023.

The Parties hereby agree that each shall have reciprocal extensions on the remaining briefing. Specifically, Plaintiffs' response to Defendants' Motion for Summary Judgment shall be due May 18, 2023, and Defendants' Reply in Support of Motion for Summary Judgment shall be due June 22, 2023.

This is the Parties third request for an extension of time to respond to Defendants' Motion for Summary Judgment and is not intended to cause any delay or prejudice to any party. This request is sought due to conflicting deadlines in other matters for both Parties' counsel, as well as a family medical emergency that requires Plaintiffs' counsel's time and attention.

///
///
///
///
///
///

IT IS SO STIPULATED THAT THE PARTIES SHALL HAVE RECIPROCAL EXTENSIONS.

DATED this 9th day of May, 2023.

**MCLETCHIE LAW**

*/s/ Leo S. Wolpert*
Margaret A. McLetchie, NBN 10931
Leo S. Wolpert, NBN 12658
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Email: maggie@nvlitigation.com

Jennifer L. Braster, NBN 9982
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Email: jbraster@nblawnv.com
*Counsel for Plaintiffs,*
*Genoa Jones and Cornell Tinsley*

DATED this 9th day of April, 2023.

**NORTH LAS VEGAS CITY ATTORNEY'S OFFICE**

*/s/ Rhiann J. Denman*
Micaela Rustia Moore, NBN 9676
Noel E. Eidsmore, NBN 7688
Rhiann Jarvis Denman, NBN 13509
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Email: jarvisr@cityofnorthlasvegas.com
*Counsel for Defendants,*
*City of North Las Vegas, Sgt. Scott Salkoff, and Ofc. Michael Rose*

### ORDER

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE
Dated: May 16, 2023