1  Margaret A. McLetchie, Nevada Bar No. 10931
2  Leo S. Wolpert, Nevada Bar No. 12658
**MCLETCHIE LAW**
3  602 South Tenth Street
Las Vegas, NV 89101
4  Telephone: (702) 728-5300
Facsimile: (702) 425-8220
5  Email: maggie@nvlitigation.com

6
Jennifer L. Braster, Nevada Bar No. 9982
7  **NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
8  Las Vegas, NV 89145
9  Telephone: (702) 420-7000
Facsimile: (702) 420-7001
10 Email: jbraster@nblawnv.com
*Counsel for Plaintiffs, Genoa Jones and Cornell Tinsley*
11

12                            **UNITED STATES DISTRICT COURT**

13                                   **DISTRICT OF NEVADA**

14 | GENOA JONES and CORNELL TINSLEY,     | **Case. No.: 2:21-cv-00241-CDS-DJA**
15 | individuals,                          |
   |                                       |
16 |              Plaintiffs               | **STIPULATION AND ORDER TO**
   |                                       | **EXTEND TIME TO FILE**
17 |       vs.                             | **RESPONSE TO DEFENDANTS'**
   |                                       | **MOTION FOR SUMMARY**
18 | CITY OF NORTH LAS VEGAS, Nevada, a    | **JUDGMENT**
   | Municipal Corporation; SERGEANT SCOTT |
19 | SALKOFF, an individual; and OFFICER   |
20 | MICHAEL ROSE, an individual,          | **(FOURTH REQUEST)**
   |                                       |
21 |              Defendants               |

22

23       Plaintiffs, GENOA JONES and CORNELL TINSLEY ("Plaintiffs"), and

24 Defendants CITY OF NORTH LAS VEGAS, SERGEANT SCOTT SALKOFF and

25 OFFICER MICHAEL ROSE ("Defendants") (collectively hereinafter the "Parties"), by and

26 through their counsel of record, hereby submit this stipulation and order to extend time for

27 Plaintiffs to respond to Defendants' Motion for Summary Judgment (ECF No. 35) pursuant

28 to LR 7-1 and LR IA 6-2.

1

On March 23, 2023, Defendants filed their Motion for Summary Judgment (ECF No. 35). The Parties submitted a Stipulation and Order to Extend Time to File Response to Defendants' Motion for Summary Judgment (First Request) on April 6, 2023, that provided reciprocal extensions on remaining briefing (ECF No. 36). The Court granted an extension for Plaintiffs' to file their response to Defendants' Motion for Summary Judgment on April 27, 2023 (ECF No. 37). Additionally, Defendants' Reply in Support of Motion for Summary Judgment was extended to May 11, 2023. On April 26, 2023, the Parties submitted a Stipulation and Order to Extend Time to File Response to Defendants' Motion for Summary Judgment (Second Request) that provided reciprocal extensions on remaining briefing (ECF No. 38). On May 1, 2023, the Court granted an extension for Plaintiffs' to file their response to Defendants' Motion for Summary Judgment on May 11, 2023 (ECF No. 39). Additionally, Defendants' Reply in Support of Motion for Summary Judgment was extended to June 15, 2023. On May 9, 2023, the Parties submitted a Stipulation and Order to Extend Time to File Response to Defendants' Motion for Summary Judgment (Third Request) that provided reciprocal extensions on remaining briefing (ECF No. 40). On May 16, 2023, the Court granted an extension for Plaintiffs' to file their response to Defendants' Motion for Summary Judgment on May 18, 2023 (ECF No. 41). Additionally, Defendants' Reply in Support of Motion for Summary Judgment was extended to June 22, 2023.

The Parties hereby agree that each shall have reciprocal extensions on the remaining briefing. Specifically, Plaintiffs' response to Defendants' Motion for Summary Judgment shall be due May 25, 2023, and Defendants' Reply in Support of Motion for Summary Judgment shall be due June 29, 2023.

This is the Parties fourth request for an extension of time to respond to Defendants' Motion for Summary Judgment and is not intended to cause any delay or prejudice to any party. This request is sought due to conflicting deadlines in other matters for Plaintiffs' counsel, as well as a family medical emergency that requires Plaintiffs' counsel's time and attention. Compounding Plaintiffs' counsel's family medical emergency, Ms. Braster has also had an unforeseeable personal emergency that has required her time and attention away

from the office.

IT IS SO STIPULATED THAT THE PARTIES SHALL HAVE RECIPROCAL EXTENSIONS.

DATED this 17th day of May, 2023.                    DATED this 17th day of May, 2023.

**MCLETCHIE LAW**                                    **NORTH LAS VEGAS CITY ATTORNEY'S OFFICE**

/s/ Margaret A. McLetchie                            /s/ Rhiann J. Denman
Margaret A. McLetchie, NBN 10931                     Micaela Rustia Moore, NBN 9676
Leo S. Wolpert, NBN 12658                            Noel E. Eidsmore, NBN 7688
602 South Tenth Street                               Rhiann Jarvis Denman, NBN 13509
Las Vegas, NV 89101                                  2250 Las Vegas Blvd. North, Suite 810
Telephone: (702) 728-5300                            North Las Vegas, Nevada 89030
Email: maggie@nvlitigation.com                       Telephone: (702) 633-1050
                                                     Email: jarvisr@cityofnorthlasvegas.com
Jennifer L. Braster, NBN 9982                        *Counsel for Defendants,*
**NAYLOR & BRASTER**                                 *City of North Las Vegas, Sgt. Scott Salkoff,*
1050 Indigo Drive, Suite 200                         *and Ofc. Michael Rose*
Las Vegas, NV 89145
Telephone: (702) 420-7000
Email: jbraster@nblawnv.com
*Counsel for Plaintiffs,*
*Genoa Jones and Cornell Tinsley*

**ORDER**

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE
DATED: May 17, 2023

3