AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Genoa Jones, et al.,

            Plaintiffs,

v.

City of North Las Vegas, et al.,

            Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-00241-CDS-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of Defendants City of North Las Vegas, Scott Salkoff and Michael Rose and against Plaintiffs Genoa Jones and Cornell Tinsley.

4/29/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Moran  
Deputy Clerk