Margaret A. McLetchie, Nevada Bar No. 10931
Leo S. Wolpert, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com

Jennifer L. Braster, Nevada Bar No. 9982
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@nblawnv.com
*Counsel for Plaintiffs, Genoa Jones and Cornell Tinsley*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GENOA JONES and CORNELL TINSLEY, individuals, <br><br>Plaintiffs<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, Nevada, a Municipal Corporation; SERGEANT SCOTT SALKOFF, an individual; and OFFICER MICHAEL ROSE, an individual,<br><br>Defendants | **Case No.:** 2:21-cv-00241-~~GMN~~-DJA <br> (CDS inserted)<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO OBJECT TO BILL OF COSTS (FIRST REQUEST)** |

Plaintiffs, GENOA JONES and CORNELL TINSLEY ("Plaintiffs"), and Defendants CITY OF NORTH LAS VEGAS, SERGEANT SCOTT SALKOFF and OFFICER MICHAEL ROSE ("Defendants") (collectively hereinafter the "Parties"), by and through their counsel of record, hereby submit this stipulation and order to extend time for Plaintiffs to file and serve objections to the Bill of Costs filed and served on May 13, 2024 (ECF No. 52), pursuant to LR 7-1 and LR IA 6-2. Specifically, Plaintiffs request an extension of one (1) week, from May 28, 2024, to June 4, 2024.

This request is made in good faith and is not sought for any improper purpose or for the purpose of delay. Rather, this request is made to accommodate the schedule of Plaintiff's counsel. Specifically, Mr. Wolpert's father died on May 17, 2024, which required Mr. Wolpert to stay in in Tucson, Arizona to attend the funeral and assist his family.

DATED this 24th day of May, 2024.   DATED this 24th day of May, 2024.

*/s/ Margaret A. McLetchie*   */s/ Rhiann Jarvis Denman*
Margaret A. McLetchie, Nevada Bar No. 10931
Leo S. Wolpert, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Facsimile: (702) 425-8220
Email: maggie@nvlitigation.com

Noel E. Eidsmore, NBN 7688
Rhiann Jarvis Denman, NBN 13509
2250 Las Vegas Blvd. North, Suite 810
North Las Vegas, Nevada 89030
Telephone: (702) 633-1050
Email: jarvisr@cityofnorthlasvegas.com
*Counsel for Defendants,*
*City of North Las Vegas, Sgt. Scott Salkoff, and Ofc. Michael Rose*

Jennifer L. Braster, Nevada Bar No. 9982
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
Email: jbraster@nblawnv.com
*Counsel for Plaintiffs, Genoa Jones and Cornell Tinsley*

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that plaintiffs Genoa Jones and Cornell Tinsley have until the end of June 4, 2024 to file and serve objections to defendants' Bill of Costs (ECF No. 52).

_____
U.S. DISTRICT JUDGE

DATED: May 28, 2024